UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 4:24-CR-16 (CDL) |
| v. | : |
| LEONARD CAMPBELL a/k/a "Nine" | : |
| TERRY GASH | : |
| RODERICK HICKS a/k/a "Bald Head" | : |
| NICHOLAS FITZPATRICK | : |
| AUNDRAY MORGAN a/k/a "Dre" | : |
| Defendants | : |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the Indictment and related documents in the above styled case, filed herein, shall be unsealed.

SO ORDERED, this _1st_ day of October 2024.

_____
CHARLES WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

/s/ Chris Williams
CHRISTOPHER WILLIAMS
ASSISTANT UNITED STATES ATTORNEY