# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 4:24-CR-0016 |
| | : | |
| **LEONARD CAMPBELL,** | : | |
| **TERRY GASH, and** | : | |
| **AUNDRAY MORGAN,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

On August 14, 2024, an Indictment was filed against the above-named defendants. ECF 1. The Government filed a Motion to Declare Case Complex and Motion to Continue Trial in the Interest of Justice on October 8, 2024. ECF 46. The Court granted that motion on October 11, 2024, and continued this matter from the December 2024 trial term to the September 2025 trial term. ECF 47. A Superseding Indictment was filed against the above-named defendants on July 8, 2025. ECF 74. Defendant Aundray Morgan filed a waiver of personal appearance at arraignment and entry of plea of not guilty on July 23, 2025. ECF 77. Defendant Terry Gash has not yet filed such waiver or had his initial appearance and arraignment on the Superseding Indictment. Leonard Campbell remains in warrant status and has not appeared before the Court on the original or Superseding Indictment. The case is presently set for pre-trial conference on August 5, 2025. ECF 73. The remaining co-defendants, Roderick Hicks and Nicholas Fitzpatrick, have entered their guilty pleas. ECF 71 and 78. The Government filed a Motion for Continuance on July 28, 2025. ECF 84. Specifically, Leonard Campbell and Terry Gash have not yet appeared for their initial

appearances and arraignments on the superseding Indictment and no motion for severance has been granted. Counsel for Morgan and Gash do no oppose said motion.

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendants and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). The Court also notes that no Party has filed a motion to sever. Thus, for good cause shown, the Government's Unopposed Motion (ECF 84) is GRANTED.

The Court hereby ORDERS that the trial in the above-referend matter be CONTINUED from the September 2025 trial term to the **March 2026** trial term. Additionally, the pretrial conference set for August 5, 2025, for the above styled matter is CANCELED.

Furthermore, it is ORDERED that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be EXCLUDED pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

SO ORDERED, this 29th day of July, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA