IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Leonard Campbell | Case No. 4:24-cr-00016 |

Order to Continue Trial in the Interest of Justice

Before the Court is Defendant's Motion to Continue Trial [Doc. 169], the pretrial hearing set for August 3, 2026, and the trial of this case set for the September term of court. On August 14, 2024, an indictment was filed charging the Defendant with multiple felony counts. On July 8, 2025, a superseding indictment was filed charging the Defendant with three (3) felony counts. Defendant appeared for his Initial Appearance and Arraignment on or about April 17, 2026, in the Northern District of Georgia. Defendant was transferred to the Middle District of Georgia and a detention hearing was conducted on or about May 6, 2026, denying Defendant's release from custody.

In the Motion, the Defendant represents that additional time is needed to review discovery and prepare for future hearings. Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, the Defendant's Motion to Continue Trial [Doc. 169] is **GRANTED**, and it is HEREBY ORDERED that this case be continued until the **December term** of Court for the Columbus Division. The delay occasioned

by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial act, 18 U.S.C. § 3161.

SO ORDERED, this 29th day of July, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA